Good morning to all of you. This is Gorman News. John Smith is here with me. Arkan Sokol, Tom Larkin, and Mario Nicholas. We have David Ametius with us, also David O'Malley. What we have agreed to, such as court's approval, is I will talk until you get tired of me or eight minutes comes up. Then Mr. O'Malley said to be five minutes, and that is really our views. I will reserve two minutes. Let me make an observation. We are really delighted to have you folks here. We enjoy our own show, actually. We also enjoy seeing all of you. People are probably smiling in the back of having you here, but they're also smiling for a very, very, very important other reason. It's called the sun. We don't see that too much these days, and we're really happy that it's out today. I hope that what I have to say illuminates whatever thoughts you have on this particular case. I'm going to take, for granted, the rules that we get. I can tell that you folks have been following them. I'm not going to go through the facts of this rather complicated construction case, but I am going to make some observations. One of which is we are appealing the order of the United States District Court, and one of the difficulties with that order is that it doesn't really address much of the issues that I have on my outline here that are the basis on which we take the position of the federal district court here in determining the unenforceable arbitration agreement between security companies, and it's the obligee, PGE, that's the way this operation works. In order for that to prevail, you have to convince us that PGE completes the arbitration procedure. I say yes to that situation, because in all of the cases that we saw, cases 30 through 34, and our original three, four, five, or six, or probably for all cases, where the obligee or the other party is signatory to the agreement was contested whether or not it had an actual evidence. Our arbitration must be based on factual evidence. Let me change the facts of this case a little bit for you, Mr. Jacobs, Let's assume that that's proceeded as they did, which is to say that I'm getting confident in you. Ebengoa? Ebengoa. Ebengoa. Okay. Ebengoa convinced the case against PGE for arbitration. It was their arbitration. So it's their case. In the 70s, your clients came in and said, Would you like to join this? And both parties said, No, thank you. You'll get the entire arbitration of those two cases. I don't know. I haven't heard anything else from the rest of them. If your position is that PGE agrees to arbitrate against your clients, then it seems to me that those two cases, they would be entitled to arbitration, wouldn't they? Would you say that? Sure. At the end of the day, you must convince PGE that you agree to arbitrate against your clients. So I'm asking you a circumstance where you're not included. Nobody is included. You induce your arbitration, and you say, Would you like to join? Yes. Are you entitled to join? Yes, well, we are. Under what agreement or contract are you entitled to join? It's not. There isn't a guaranteed agreement. The agreement is this one right here. Everybody signed off to it. That agreement was incorporated in its entirety on the base of the performance bond, and in addition to which, the parties incorporated the guarantee, which has the only arbitration clause in this case, into the performance bond, and the contract itself has one side of the business as opposed to the bottom. Your position is you have an agreement to arbitrate by virtue of the incorporation of all the documents. Exactly. It's a proposed executive. Why would one incorporate the guarantees into the performance bond? I'm sorry. Why would one incorporate the guarantee? I don't see why they could actually contract. It's incorporated into the performance bond. That doesn't have an arbitration clause. That's good. Is there a contract under arbitration? Yes. That's the contract, yes. So I'm just missing what you're asking. It's like a contractor in PTA. That has an arbitration clause. No. Okay. When they incorporate, that's part of it. That's part of it. The arbitration clause comes in with the guarantee from Madison, which is the character of the contractor, and is a document which was referenced and incorporated into the contract, and it was referenced and incorporated into the bond. Now, there's not a lot of word as long as there is a lot of law. Let me read you what it says. We cited this in our case, the 1999 Second Circuit case. If we assume argumento SCI, that's the signatory, claiming that an enrollment opportunity commercial is not signatory to the 1994 agreement, that does not any matter. In this circuit, we have repeatedly found that non-signatories to an arbitration agreement nevertheless be bound according to ordinary principles of law, of contract, of agency, including incorporation by records. We have that here. A sample we have that here. And the new law will pronounce cases on the top very specifically with respect to the fact that it will rip us. It's not because we never heard the speech. Isn't there, therefore, an invasion in the guarantee that the states, once they arbitrate, refuse to misdemeanor under either party, through full or petition, the immediate person or entity with such personal identities as the one listed here, and provided only such a legal right as solid or inconceivable agreement with the subcontractor of the state, which is inconceivable, obviously, because it's a very broad state. So unless it's implicated in any arbitration agreement, it's bound. Yes. Yes. So my question here, well, I'm glad, I'm just curious. I'm not sure why you would put your subcontractors, sponsor, or contract, arguments in the contractual argument directly in court. Yes. Let's explore that argument first. So your position is that when somebody is implicated into litigation, that all parties in the litigation should contractually agree to raise their claims against the implicated party? Well, in the context of this one, you will not recognize sooner than in court. Okay. We are in court. No, no. We have done earlier. All right. All right. Once the arbitration commenced, and each can be required, this is Spanish here, to file a claim against each individual. If PTA implicated the surrogates, would you declare that they were required to file a claim against the surrogates in federal court against them? Well, it would be a compulsory character act, because they can say, oh, it's good, all of us take it, we'll solve it. That's what's troubling the compulsory counterclaim, which is you can bring a compulsory counterclaim that arises against the surrogates, and that is such a matter of the imposing party's claim. So if the surrogates were not making any claim, which is evident in court, it wouldn't be a compulsory counterclaim, would it, in federal court? If the surrogates were not making any claim. They're only required to make a compulsory counterclaim against those who are making a claim against you. So if this were in federal court, it would not be a requirement for PTA to make a compulsory counterclaim against the surrogates, because they are making no claim against PTA. Well, whatever, they're in the case. In the case, you said it was a compulsory, I respectfully disagree, but in this situation, let's talk about the situation. Okay, I was talking about the situation, this is the most essential for the regular topic, and the provisions of the guarantee ensure that there will be one proceeding before one body of everybody who is involved in this dispute. Now, let me tell you what I mean by that. As Mr. Daycock said, the guarantee calls for a, the slender, if they wish, PTA, people who either are part of a self-contract, and this is even in a construction case, but here's often in these cases, you have claims by self-contractors to be passed through by general contractors to the other. So that's one. That's not here, but that's one. The other is that those that are involved with regard to the subject matter of the guarantee, the guarantee, of course, those guarantee that on principle would completely work. So, if you have, and whoever crafted it, I believe it was, in New York, or in the U.S., you signed a contract. You signed a contract with PTA. It's very significant. Your client signed a contract with PTA. The rest, there's not a single mention of arbitration in that contract. It's not there. It's not under the State Corporate Office. It's not in your corporation. Focus on the contract. It's significant. The contract that you signed with PTA, the company that does the financial arbitration, it contemplates litigation in a very specific place, in the federal courts of New York. So, if that contract were in filing, were designed to compel arbitration, why is the subject matter of jurisdiction a bit more important? All right. Another step. First of all, let me repeat it to make sure you understand this. There is a contract that's been PTA-insured. That contract does not contain the word arbitration. It doesn't in the corporation clause. It is not a question. That contract does not contain the letter. The word arbitration is not in the law. That is correct. That is correct. Thank you. Thank you. Let me continue. The word arbitration is not in the contract. There's no mention in that contract of litigation in a specific place. It says, the parties may or shall, said below, decided to exchange the word may or shall, because it was the only way he could get them to the result he wanted to come to. So, no. It says that the parties may litigate the matter, federal district court, and then district court. It's strange to have a contract in which you suggest the parties to complete arbitration. Is this litigation in the district court? No. As Dr. Green called it, that new site in the new site of civil cases, if you look at pages 30 to 32 of our briefs, for example, the Cabrera versus Banks of Tokyo cases, 210 Federal 3rd, 262 Fourth Circuit 2000, with that exact situation, and they affirm the guarantor's right to control arbitration under construction suite, under an arbitration clause in the final contract, in which the guarantors were not significant. That is exactly the situation we have here. And the second circuit in that case was the guarantor's contract, in which they did not afford for litigation. I don't know. I think that is exactly the case. That's what we saw. I don't know. But what we do know about this situation is that when you talk about signatory versus non-signatory, as far as we are concerned, it has nothing to do with granting anything. But the basic rule that the second circuit has followed for years is that, under principles, for example, a non-signatory to an arbitration agreement may entail a signatory to that agreement to arbitrate the suit, or a careful review of the relationship among the parties, the contacts inside, and the issues that have arisen among them, discloses that the issues, the non-signatory, is seeking to resolve in arbitration, or intertwined with the agreement that the established party has signed. There is nothing more disconcerting than a situation where a subject, whoever, says, I'm going to decide this his way, but I know the chances of instances of results is going to occur, and in order to make sure that I have it, it's a good record, right? I'm going to rewrite the certainty bond. I'm going to rewrite the certainty bond and say that if anybody has an issue with certainty, it must be brought up. I don't want to, I don't want to, I can't deal with issues, especially if one of them says, well, this was 40 times. Unless, let me start by, let me do the whole bunch of this. Let me just worry about that, and I'm going to spend,  any time, any time, any time, any time, any time, any time, any time, any time, any time, any time, any time, any time, any time, any time, any time,  any time,     any time, any time,  any time, any time. Okay? So the question after 40 times is is this correct – that this is equals less than irgendoinktoinktoinktoinktoinktoinktoink, apocalyptic, meteorological, and nuclear organic limitations. To close the slide. President asked these folks and from his observations right there to say establishment is not always equal. He then says on a way how we haven't changed … or was not nation. I'm going to paraphrase. Go ahead, Your Honor. We don't even want to see, but Your Honor, who do you think put the arbitration clause with the inciter in direct PGE? And so it was a good move by a lot of them, but it occurs that you're going to have one proceeding or one tribunal, and you're going to get a real… You don't have any… You don't have any… You don't have any… You don't have any… You don't have any… You don't have any… You don't have any… has simply decided to sue you for so much an agreement with no… what's going to happen with our treatment. And the agreement is that these disputes may be brought into district order, and you can stay in your district order entirely. You can continue to get this dispute if you can get past the arbitration. Well, I think that we're having a good conversation. I know we are, too. Or, we were also losing sight of the remedy clause in the contract that PGE wrote, which was you get executives together, then you have a mediation, and then that's at work. You do whatever you want. And nowhere in any of these documents, in this contract, nowhere anywhere says it is you have to file a federal dispute. That does not exist in this case. And obviously, the quote below understood that, and so there was this sort of somehow rationalization that may really not scale, and therefore, the security's going to do anything in this case that has to be in the case of federal court. Ron, I've seen this. Can you answer one more question? I think it's special. Sure. You say you're the security. You're the secretary of the district. Exactly. Who's responsible in this case? Our principle in this case is both the three contractors and as well as their parents. I'm not sure if you're honest. Are you? Are you? Are you? And maybe I'm worrying the press. Are you assuring the performance? No. I'm assuring the performance of the contractors. We're assuring the performance of the contractors, and in addition to that, we have a signed indemnity agreement with Adenwell. No, that's a separate issue. You're assuring the security bonds. We can talk about the facts. That's facts. That's facts. Correct. The security bonds only assures the performance of the contractors. Correct. So, your principle is contractors. Correct. Your principle is contractors. The construction agreement is the arbitration process. Well, unless you think it's incorporation. Of course. I mean, and that's a big step, Your Honor. I mean, those documents, those agreements were all incorporated for a reason. If you take a look at the contract, you'll see, as we've pointed out, any number of places where the PTE contract out of place arbitration, followed by the registration of the award in federal district court and the entry of a file jet, and it talks and talks in terms of any legal proceedings, including without limitation of mediation and arbitration under this agreement. Now, what does that mean, under arbitration under this agreement? What does that mean? That they recognize when they attach the guarantee as the contract document that that changes from a contract with no arbitration clause to a contract with arbitration clause. And they have the foresight to craft the guarantee such that all relevant parties could be joined in this one piece of litigation, as opposed to piecemeal as is now. Earlier today, I don't recall which one of you it was, but one made a comment about he couldn't really tell because there was a court below that said one of the frustrations in this case is that the opinion, you just simply don't understand. You don't know, but of course, thinking about when it came to the basic contract, and the guarantee that was incorporated, and the rights and obligations of security, there's not one word there about two. There's nothing about the rights of securities to assert the rights of their principal at their own level, or whatever it might be. And we, I could say in piece 3233 and then piece 345 of 6453, we lay out those cases, and they're from all over the United States, and settle those cases from New York City on that. I don't even know where I left off, but I would like to end this. Thank you. Thank you so very much. Good morning, Your Honors. My name is Jason Corley. I'm a judge in the state of New York. I'm a senior lawyer in the state of New Orleans. I've been involved for the past two and a half years. I'm here in my best position to campaign. I would like to begin my comment before you, my sympathy. I would like to begin with a reminder that the question was put out to my colleagues in the comments today, who still say that I need to convince you that this matter is a matter of arbitration. Actually, I don't need to convince you that the entire matter is a matter of arbitration. I need you to convince me first. I need you to convince the court first. The court needs to decide arbitrability. It's up to the court. It's up to the arbitrator. That is the focus of our brief. Now, the reason for this, Your Honors, is because when a corporation in the United States of America was made into the arbitration agreement, which allowed for the meeting of the third party, which is a non-consensual party, that meeting first was against the agreement, that meeting second was against the agreement, and meeting third was against the agreement. It's important that we realize that any dispute over that issue, whether or not that issue is an offer to arbitrate a case, is or is not mandatory. A dispute over that was the purpose of the arbitration agreement. So if you see a new confusion issue, which I'll be too soon to see, if you relate it to a dispute about whether it's allowed or not, usually, usually, we'll start to see arbitration. It's right from the get-go. Nobody's got it. It's not a dispute. Unless you're wondering how to teach the agreement, or how to create a new dispute, they said that there's a dispute also in the agreement, and also agreed to arbitrate a case against a jury. It seems to me, it's a good question. We've always asked the district court to tell you whether or not there is an agreement to arbitrate. Rebecca, you and your colleague, Larry, have been arguing for a while what's an agreement to arbitrate. The fact that the arbitrator is allowed to compete on the basis of their own self-constitution is an agreement to arbitrate. I would actually go to that point directly. In fact, that's one of the key cases we've pointed out in our evidence-based response decision in the case of Ecuador, of the Republic of Ecuador v. Michelle Longstreet. If I recall, it was decided by the second circuit only to respect the fact that it was arbitrated to determine the issue of arbitrability and not the court. And in that very specific case, we found a party of the Ecuadorians who made an agreement to arbitrate. In fact, the case specifically for the second circuit in the case tonight, there was no practice that required arbitration. Actually, what the second circuit decided was, if you're an arbitrator, that instead of being offered arbitration, you have to agree to the constitutionality of the Ecuadorian party. And then when that constitutionality of the Ecuadorian party was taken up on, that's what they offered. There was a dispute over whether that was valid, and the second circuit's reasoning very clearly was, we don't have to decide whether a valid agreement to arbitrate will matter. We only need to show that the agreement is specific to our facility, but it absolutely follows all rules in that case. And that's the case in this case. It's there. And they said, there is such a difference in people. Well, I'm having trouble with your argument. The second circuit didn't say, and this is slightly different case than the first case. It didn't say in the case, the question for you should never request an appraisal of arbitration. It said, we look at this structure, and we find that there is a contradiction. And because there is a contradiction to arbitrate, Paul speaks about the scope of the contradiction to arbitrate and to the arbitrator. And he said, it's a jurisdiction. It's a society's jurisdiction. So there was a case. I guess what the difference is, and I'm going to do it, is the difference between the question of whether or not the arbitration agreement ever came into existence, which is, frankly, the case that PT decided. And that's not the case here. If they, PT, agree that there is a contradiction in the arbitration policy, they agree that the IT arbitration policy requires arbitration to serve arbitrage purposes, permanent arbitration. If they agree that they made that offer to teach their non-structured parties to arbitrate, all of that is exactly the same as that circuit. But when did they agree that they made the offer to teach their parties to arbitrate? Well, they agreed that while you were saying any party, any person or entity may be incited into the arbitration. Right, and I agree with you there. I agree with you. But they don't agree that this is the issue that we're talking about. Well, I don't know that they did. I don't know that they did. If they say they guarantee something, they say something very, very sure that argument comes out.  I mean, we have a situation here where there's a agreement of arbitration, and you turn it off and then you report it. In that respect, the Republicans have a fair case against Israeli security because of the fact that security does not make agreements of arbitration, so you turn this case over to them more in light of saying that any person or entity may be incited. And that is why I was giving you a little bit of a question. It seems to me the Republicans who make arbitrations, when they make arbitrations, they do not make agreements of arbitration. It makes us anxious. Because, you know, arbitration, here, that's not the way it is. This agreement is simply a lack of security, of course. It's not going to imply an agreement of arbitration. But let me get back to where we were with your question, Your Honor, which was that arbitration is mandatory. You see, it does not have any rules, the fact that it's not a federal decision because those are statutory rules. You can't hear me. This is arbitration. That's the only way it can work. Somebody tell me what language in the United States does that mean. In arbitration, there are no rules to rely on for the literacy. You can't please me in this agreement to arbitrate all the things that you support. Is there something in the language, the rules? No, Your Honor. Yes. The article 6-3, the rules that she wrote in existence for the validity of the agreement to arbitrate must be put to arbitration. But to take your point directly, Your Honor, I'm thinking about it in two ways. It's diversal. The fact that when you create an arbitration, it's a structural requirement, a structural arbitration agreement. You're asking for consent to that. If I were to say, I accept. I understand your logic of arbitration. I'm asking you whether there's anything in the rules. You say the nature of empathy in these proceedings is such that it needs to be communicated to the plaintiff. Tell me what in the rules does another figure, a very logical interpretation of law in the United States. Well, Your Honor, in this respect, we rely on manuscript clause. And so the rules are not going to necessarily simply overlap with that clause. There are point of provisions within the United States Constitution. In particular, the tax remissions, economic savings, economic benefits, they all have broad provisions in the executive rules for joining a party. However, the executive rules are predicated upon the consent for arbitration that manifests in the agreement. And each agency has an agreement for arbitration from any university or institution that's included in the agreement. That's how many things you're saying. And I'm asking you, is there something in the executive rules that says that? No. The executive rules are not going to override what is written. But you may be right that they have a pretty good system of various constitutional provisions. Well, I find the provisions in the executive rules, Your Honor. I say that a party agrees, a party who has not done the agreement, or agrees to the agreement, a provision of the United States Constitutional Declaration that can be joined into the proceedings. I know it's straightforward. I'm asking you a very simple question. The answer is no. You made it up first, basically. I know the facts will answer my question. Is there an ICC rule that says that when an employee entreats to look into the parties' consent, into the arbitration, you are there as the requirer to the legal obligation? Oh, yes. Part of the ICC rule is that any party would be able to say no to any other party. I have a question. What I'm asking is, do you see a little bit of association between the motions in the executive regulations and the executive rules? It's not that there's been more insight or anything along those lines in the ICC rules, Your Honor. But I would admire a simple part of that. As we go back through this, I would like to see if we can step back from this argument a bit closer. The question is, who is defined in the two-term call of this question? And that, I believe, is the arbitrators in our case. We are the observers of the question. That would never address the defense. You may think it's a good argument. Your colleague says, I see the first district court in town with the district court and other arbitrations.  in a recent first district court in town with the arbitrators deciding which arbitration to decide. I'm studying a lot on one part of this. Now, I see that you get lost. You get swallowed. You're just out of the debate. You're still in your position. Well, your bottom line is you need to reverse the district court and say, you think they're taking this topic seriously with the arbitrators. That's the line that this court is more of a pessimist on. The bottom line of the same court, which tells the district court it's good and it's a good order of arbitration. Right. It's an article. We develop it. We develop it in our brief package. The court here to ask the question, do I have strong precedence in this Supreme Court all the way from the Catholic case to this case, this post-judicial Oracle v. Murray and H.E. Oracle and Murray incorporated v. Murray and H.E. where we find that it's a definitive excuse for the acceptance of an agreement of arbitration is balanced, that that excuse must go to the arbitrator. As per the rule, it should be agreed on that issue. And yet, one of the parts is saying there's no agreement of arbitration. I dispute the right to accept my offer to arbitrate. That right is still absent of the argument. And that's a fundamental point to reflect for a prosecution. Thank you. Your Honor, our next witness is a deputy. Go ahead and come up to the podium. I'll applaud you. That was incredible. Thank you. Thank you, Your Honor. And these court cases are in order to represent the General Electric. I'm speaking on behalf of arbitration. It's a matter of contractual right. It's called arbitration. It's a use of arbitration to arbitrate. That's a full resolve of the case. I see two different theories. The response is one way or the other. Tell us my response. You're very correct. There are, let's say, two theories that the shirting courts did. Why there's agreement of arbitration. One is the idea that they can correct the invoking of the guarantee of arbitration. And how it's incorporated into the agreement. The other is the interior section of the agreement on the guarantee of arbitration. I can give you a clear argument, too. The clear argument is that they are staffing the institutions for someone else who is entitled to arbitration. Okay, thank you. I'll talk about that later. The answer to both of those is, should we keep in mind that there are several other agreements with different parties. If you only agree to a huge amount of general interest and majorities of a party across the summit, then that one, the court is aware, provides for the security. Can you tell me if we were in the second circuit, which we were? Why? Because. I'm not sure. That's why he identifies as the second circuit case, which your opponents did not. But it seems quite strong in their favor. Tell me why you would agree to the second case in Chicago. My pronunciation is terrible. I'm sorry. My pronunciation is terrible. That's why I'm hoping you can help me with the eighth case. Tell me why you don't lose under that case. If you're sitting here in cloudy New York, let's say Portland. So, I have a question. The question of whether arbitrability is a matter for the arbitrator or for the court. The starting point there, three questions hold up is that courts are arbitration only when there's a formation of agreements on the dispute. So, in Tron, there was no question that there was an agreement, there was a contract between the parties. But there is an agreement to arbitrate, right? That's the reason for arbitration. You have to go out. You have to go out and make your own call. That's not a dispute. No, that's not a dispute. And even under Shaw, you can make a decision for the court, where it is not enough for a party to see arbitration. So, the other parties, let's say you have an agreement with somebody somewhere to arbitrate something. Well, let me know. Let me know. That's the one they made, I think, the best one given to me, is when you get into an arbitration agreement on a dispute, do you agree? Under certain states, this arbitration agreement, given all the other things that occurred here, ought to be interpreted as also requiring arbitration. It's a third party who agreed to be included with respect to the occurrences of certain disputations. If that's their argument, why is that? There's a couple of reasons. The most fundamental of them is, so, if we see a dispute, and you're on our side, so, if we see a lesser dispute, we might have a dispute to arbitrate that. Well, I'm sure we can put that on the go. Well, I'm assuming, therefore, you're arguing that under merit, whether you agree to such broad arbitration, it might be itemized. But, why is it an issue to be arbitrated? Because, in this case, the suit case would be filed in the Supreme Court, and in the case of D.C., if you had surety, that would be the Supreme Court, or under the law of the box. So, to get us out of court, of course, it's an arbitration. But, surety is having to show that they have some right to arbitration. And, to me, the interpretation is the notion that there's a lot to ask for arbitration. And, we'll talk about that later. And, the fact that D.C. agreed, and other parties have been told it's an arbitration, which means those parties have said, well, you can just enforce that. You can enforce that, or, sometimes, these places aren't really enforced. They're not a step up to, let's put it this way, to take issue with the question they were told, and, you know, involuntarily. But, they did reach out to me, and one of those people that they weren't objecting very much, right? But, your client agreed to arbitration, and the code had to go on. And, in the error, your client agreed, and other parties, brought into arbitration, and those parties agreed, well, that's not the issue. Because, that's the point. So, I'll, I'll answer that question. I don't know if you can respond. That's fine. That's fine. The whole issue is, with whatever right that clause creates, there are rights that are going to go, and not rights that are going to your party. And, the right, or, I'll, I'll, I'm happy to go there, but, the right there is for what time to go, and not, and not a, no right to intervene in discussions, but, an arbitration is the purpose of the program. What's the purpose? And, the, the, the,   the, the, the, the, the. The, the, the, the, the, the, the, the, no, no.    No. No. The, the,  the, the, the, the. The Albertineates problem, T. Right. Yeah, but, but. except anyway just it's not particularly helpful to listen to the matter was referred to the reputation like a matter whether or not those that defaultress contracts, Now the quality and the international and engineering and objective. So the big question is whether the matter is to refer to arbitration Or whether whether you must place your claims in that arbitration. And to put it in that well the arbitrator is not adjudicating for a word with respect to a matter not referred to arbitration but rather you know it's I'm not sure what matter means but it matters. And in conjunction with the up to rephrase the word the word that is being thought by the jury in the arbitration is the word that they are not liable for arbitration. So you're claiming that there is a separate matter in your theory as to whether this is possible. It will be very neatly unofficially referred to in the arbitration on this. I don't have any point that goes against the question is to review and review to see whether there is a separate matter in the question of arbitration. I'm not complaining about the original ability of the jury to not believe the truth. And the question was this particular clause in the conclusion that the issue was that the entire contract was negotiated by the party itself. I don't know what that is. I don't know what that is. I don't know what that is. So I have to say that if there is nothing that the judiciary doesn't find in the argument to do that, the clause begins once the arbitration procedure is in place, you can argue that you can plead against the person representing you on his case. It means that you can plead against the arbitration against the person representing you on           representing you on his case. And you can argue that you can plead against the person representing you on his case. And the other is that the ordinary definition of conceded is to bring a third person to the court. Well, I'm going to acknowledge there's something peculiar about the use of the
judges: Bybee, Hurwitz, Rakoff